United States District Court
Southern District of Texas
**ENTERED**
May 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHNNY LANE, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:24-CV-00018 |
| DOLGENCORP OF TEXAS, INC., | § § § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

Pursuant to the parties' Stipulation of Dismissal (D.E. 17), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on May 20, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE